Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Lisa C. Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 1 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RORY ALLEN JAMISON (a/k/a "Rory Burkenbine"),<br><br>                    Defendant. | 2:25-CR-29-TOR<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm and Ammunition<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute Methamphetamine<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute Fentanyl<br>(Count 3)<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c); 21 U.S.C. § 853<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

COUNT 1

On or about January 2, 2025, in the Eastern District of Washington, the Defendant, RORY ALLEN JAMISON (a/k/a "Rory Burkenbine"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Glock 43 9mm caliber pistol, bearing serial number BFTV263, and 9mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 2

On or about January 2, 2025, in the Eastern District of Washington, the Defendant, RORY ALLEN JAMISON (a/k/a "Rory Burkenbine"), did knowingly and intentionally possess with the intent to distribute a mixture or substance containing and detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 3

On or about January 2, 2025, in the Eastern District of Washington, the Defendant, RORY ALLEN JAMISON (a/k/a "Rory Burkenbine"), did knowingly and intentionally possess with intent to distribute a mixture or substance containing

INDICTMENT – 2

a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, RORY ALLEN JAMISON (a/k/a "Rory Burkenbine"), shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Glock 43 9mm caliber pistol, bearing serial number BFTV263, and 9mm caliber ammunition

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), as set forth in Count 1 of this Information Superseding Indictment, Defendant, RORY ALLEN JAMISON (a/k/a "Rory Burkenbine"),, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner

INDICTMENT – 3

or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Glock 43 9mm caliber pistol, bearing serial number BFTV263, and 9mm caliber ammunition

DATED this ⎵⎵ day of March 2025.

A TRUE BILL.

*Rich R. Barker*

Richard R. Barker
Acting United States Attorney

Lisa C. Cartier-Giroux
Assistant United States Attorney

INDICTMENT – 4